**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00284-REB-MJW

UNITED STATES OF AMERICA,

   Plaintiff,

v.

PETER M. NICHOLSON,

   Defendant.

_____

**ORDER**
_____

**Blackburn, J.**

Before me is the government's Motion for Default Judgment [#8], filed July 15,

2005.  The Clerk has entered an entry of default.  (**See** Entry of Default [#6], filed June

17, 2005.)  The motion is granted.

Plaintiff, United States of America, filed a complaint on February 15, 2005.

Defendant, Peter M. Nicholson, was personally served on June 13, 2005.  As

established by the Certificate of Indebtedness signed under penalty of perjury by Barry

M. Blum, and filed as Exhibit A of the Complaint, the United States' claim against Peter

M. Nicholson is for a sum certain.  Specifically, the total amount defendant owed to the

United States as of January 31, 2003, was $29,308.03.  This figure includes principal of

$28,848.18, which was the cost of defendant's government-insured Health Education

Assistance Loan (HEAL) made by a private lender and assigned to the United States,

plus $459.85 in pre-judgment interest accrued through January 31, 2003.

Pre-judgment interest accrual from January 31, 2003, to the present is

$3,417.82.  Costs incurred consist of $250 for the court filing fee, and $37.00 for

service of process, for a total of $287.00.

Thus, the total judgment amount is $33,012.85.

Fed.R.Civ.P. 56(b)(1) provides that when the plaintiff's claim against a defaulted defendant is for a sum certain, the Clerk shall enter judgment for that amount on request of the plaintiff and on affidavit of the amount due.

**THEREFORE IT IS ORDERED** as follows:

1.  That the Motion for Default Judgment [#8], filed July 15, 2005, is **GRANTED**;

2.  That, pursuant to Fed.R.Civ.P. 55(b)(2) **DEFAULT JUDGMENT SHALL ENTER** in favor of the plaintiff, United States of America, and against the defendant, Peter M. Nicholson;

3.  That **JUDGMENT SHALL ENTER** in favor of plaintiff and against defendant in the total amount of $33,012.85, plus costs of $287.00; and

4.  That the plaintiff is awarded post-judgment interest from the date of this order until the judgment is fully paid, pursuant to 28 U.S.C. § 1961.

Dated July 19, 2005, at Denver, Colorado.

**BY THE COURT:**


**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**