# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Robert E. Blackburn, Judge

Civil Case No. 05-CV-00284-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER M. NICHOLSON,

    Defendant.

---

## ORDER DIRECTING CLERK TO AMEND JUDGMENT

**Blackburn, J.**

On July 20, 2005, the Clerk of the Court entered Judgment [#11] against defendant in the principal amount of $33,012.85 plus $287.00 in costs. Such entry was based on an erroneous calculation within my Order [#9], filed July 19, 2005, granting plaintiff's Motion for Default Judgment. In fact, plaintiff is actually entitled to judgment in the amount of $32,725.85 plus $287.00 in costs, for a *total* award of $33,012.85.

**THEREFORE, IT IS ORDERED** that the Clerk of the Court **SHALL AMEND** the judgment to reflect that plaintiff is awarded $32,725.85 plus $287.00 in costs.

Dated July 21, 2005, at Denver, Colorado.

                                          BY THE COURT:

                                          <u>s/ Robert E. Blackburn</u>
                                          Robert E. Blackburn
                                          United States District Judge