UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action 05-CV-0284-REB-MJW

UNITED STATES OF AMERICA,

                         Plaintiff,

        v.

PETER M. NICHOLSON,

                         Defendant,

        and

COLFAX INJURY CLINIC and
COLORADO MEDICAL ADMINISTRATION,

                         Garnishee.

---

## WRIT OF CONTINUING GARNISHMENT

---

**GREETINGS TO:**   COLFAX INJURY CLINIC and COLORADO MEDICAL ADMINISTRATION

An application for a Writ of Garnishment against defendant, Peter M. Nicholson, SSN, xxx-xx-9668,  has been filed with this Court.  A judgment has been entered against the above-named Defendant in the original amount of $32,725.85.  The current balance, including post-judgment interest of 3.59% annually, computed through October 18, 2005, and costs, is $33,296.10.

**You are required by law to answer in writing, under oath, within ten (10) days,** whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are annually,_____, weekly, ___, bi-weekly ___, or monthly _____.

You must file an original and one copy of your written answer to this Writ within **ten (10) days** of your receipt of this Writ with the **Clerk, United States District Court**, at: **901 19th Street, #A-105, Denver, Colorado 80294-3589.** Additionally, you are required by law to serve a copy of your Answer upon the **debtor** at: *8830 West Colfax Avenue* , Lakewood, CO 80215 , and upon the **United States Attorney, ATTN: Lisa A. Christian, Assistant U.S. Attorney, Financial Litigation Unit, 1225 17th Street, Suite 700, 17th Street Plaza, Denver, Colorado 80202.**

Under the law, there is property, **including disposable earnings above 25% per pay period,** which is exempt from this Writ of Garnishment.  Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.  **Any non-exempt disposable earnings are to be withheld at the rate of (1) 25% of the total of said non-exempt disposable earnings; or (2) all amounts of judgment debtor's disposable earnings in excess of thirty times the federal minimum hourly wage, whichever is less,** pursuant to the Federal Consumer Credit Protection Act of 1968, 15 U.S.C. § 1673.

Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

**You are required to withhold and retain any property in which the Defendant has a substantial non-exempt interest. You must continue to withhold and retain any of the Defendant's property that are due or may become due, that comes into your possession until the debt is paid in full.**

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to explain your reason for not doing so. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. **It is unlawful to pay or deliver to the Defendant any item attached by this Writ.**

GREGORY C. LANGHAM, Clerk
United States District Court

OCT 18 2005
_____
Date

By: _____
Deputy Clerk

## INSTRUCTIONS TO THE GARNISHEE

Attached is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the debtor. You are required by law to serve a written answer to this Writ within 10 days of your receipt of this Writ. You are further required to withhold and retain any property, **including 25% of disposable earnings,** in which the debtor has a substantial non-exempt interest. A list of exemptions which are not subject to the Writ of Garnishment, entitled "Claim for Exemption Form," is attached to the Writ.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S NON-EXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

**Pursuant to 28 U.S.C. § 3205(c)(10), Federal Debt Collection Procedures Act of 1990, this Writ is continuous until paid in full or Debtor ceases employment with the Garnishee.**

If you have any additional questions, please call Assistant United States Attorney Lisa A. Christian, at telephone number 303-454-0100, or by mail to: **United States Attorney's Office, ATTN: Financial Litigation Unit, 1225 17ᵗʰ Street, Suite 700, 17ᵗʰ Street Plaza, Denver, Colorado 80202.**