UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00284-REB-MJW

UNITED STATES OF AMERICA,

                Plaintiff,

v.

PETER M. NICHOLSON,

                Defendant,

    and

CO-MEDADMIN, LLC,
dba COLFAX INJURY CLINIC,

                Garnishee.

## GARNISHEE ORDER

An Amended Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Amended Writ of Continuing Garnishment, the Garnishee filed an Answer on January 3, 2006, stating that at the time of the service of the Amended Writ he anticipated having in his possession or under his control personal property belonging to and due Defendant, namely cash receipts and accounts receivable payable to the Defendant, and that garnishee will be indebted to Defendant in the form of cash receipts and accounts receivable to be paid to the debtor.

On December 30, 2005, Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS THEREFORE ORDERED** that Garnishee pay each pay period 25% of defendant's disposable wages, or any cash receipts and accounts receivable due the Defendant, to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further order of this Court.

DONE AT DENVER, COLORADO, January 27, 2006.

BY THE COURT:

s/ Robert E. Blackburn
UNITED STATES DISTRICT JUDGE