**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00284-REB-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PETER M. NICHOLSON,

      Defendant.

_____

### GARNISHEE ORDER
_____

**Blackburn, J.**

      On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee COLORADO FAMILY MEDICINE, shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

      Dated September 11, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn
                                      United States District Judge**