IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00284-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER M. NICHOLSON,

    Defendant,

and

COLORADO FAMILY MEDICINE,

    Garnishee.
_____

## ORDER DISMISSING WRIT OF GARNISHMENT
_____

**Blackburn, J.**

The matter before me is the government's **Motion To Dismiss Writ of Garnishment** [#37] filed March 26, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that the writ of garnishment in this case should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss Writ of Garnishment** [#37] filed March 26, 2010, is **GRANTED**; and

2. That the writ of garnishment in this case is **DISMISSED**.

Dated March 29, 2010, at Denver, Colorado.

                                             **BY THE COURT:**

                                             */s/ Bob Blackburn*
                                             Robert E. Blackburn
                                             United States District Judge