**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00284–REB

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

PETER M. NICHOLSON,

        Defendant,

  and

PREMIER CARE INJURY SERVICES, LLC.,

        Garnishee.

## GARNISHEE ORDER

**Blackburn, J.**

The matter before me is the government's **Motion For Entry of Garnishee Order** [#45] filed May 7, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the government's **Motion For Entry of Garnishee Order** [#45] filed May 7, 2010, is **GRANTED**; and

2. That the Garnishee, Premier Care Injury Services, LLC., shall, each pay period, pay 25 per cent of Defendant's disposable wages to the United States and shall

continue such payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Dated May 7, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge